

# NUMBER 13-22-00378-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**RYANT EDGEORGE CONNELLY,**                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                    **Appellee.**

---

### On appeal from the 117th District Court
### of Nueces County, Texas.

---

# MEMORANDUM OPINION

**Before Justices Longoria, Hinojosa, and Silva**
**Memorandum Opinion by Justice Longoria**

Appellant Ryant Edgeorge Connelly attempts to appeal a conviction for the third-degree felony offense of aggravated perjury in trial court cause number 21FC-1636B in the 117th District Court of Nueces County, Texas. *See* TEX. PENAL CODE ANN. § 37.03. The trial court has certified that "this criminal case . . . is a plea bargain case . . . and Defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). On August 18, 2022,

this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification. On September 7, 2022, counsel filed a letter brief advising the Court that, based on the record and applicable law, appellant does not have the right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(d), 37.1, 44.3, 44.4; *Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005); *Pena v. State*, 323 S.W.3d 522, 525–27 (Tex. App.—Corpus Christi–Edinburg 2010, no pet.); *Ernst v. State*, 159 S.W.3d 668, 670 (Tex. App.—Corpus Christi–Edinburg 2005, no pet.). Accordingly, we dismiss this appeal for lack of jurisdiction.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
15th day of September, 2022.

2